John W. Villines (CA SBN 193672)
JV LAW
726 14th Street, Suite E
Modesto, CA 95354
*Mailing Address*:
P.O. Box 580049
Modesto, CA 95358-0002
Tel: (209) 524-9903
Fax: (209) 524-6655
E-Mail: john@jvlaw.net

Attorneys for Plaintiff
MARIA L. ORTEGA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| MARIA L. ORTEGA, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO BANK, N.A.; HSBC BANK USA, N.A.; FIRST AMERICAN LOANSTAR TRUSTEE SERVICES; and DOES 1 – 10; <br><br> Defendants. | Case No.: 1:08-cv-01856-OWW-SMS <br><br> **ORDER GRANTING JOINT STIPULATION TO RESCHEDULE MANDATORY SCHEDULING CONFERENCE TO JUNE 4, 2009** <br><br> Judge: Hon. Oliver W. Wanger <br><br> Courtroom: 3 (7th Floor) |

**TO THE PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

After considering the parties' Joint Stipulation to Reschedule the Mandatory Scheduling Conference to **June 4, 2009**, at **8:15 a.m.**, in Courtroom 3;

**IT IS SO ORDERED.**

Dated: 3/6/2009         /s/ OLIVER W. WANGER
                        UNITED STATES DISTRICT COURT JUDGE

-1-

**ORDER GRANTING STIPULATION TO RESCHEDULE MANDATORY SCHEDULING CONFERENCE**