John W. Villines (CA SBN 193672)
JV LAW
726 14th Street, Suite E
Modesto, CA 95354
*Mailing Address*:
P.O. Box 580049
Modesto, CA 95358-0002
Tel: (209) 524-9903
Fax: (209) 524-6655
E-Mail: john@jvlaw.net

Attorneys for Plaintiffs
MARIA L. ORTEGA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| MARIA L. ORTEGA, an individual, | Case No.: 1:08-CV-01856-OWW-SMS |
| Plaintiffs, | **ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| WELLS FARGO BANK, N.A.; HSBC Bank USA, N.A.; FIRST AMERICAN LOANSTAR TRUSTEE SERVICES; and DOES 1 – 10; | [Fed. R. Civ. Proc. 41(a)] |
| Defendants. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Maria L. Ortega and Defendant Wells Fargo Bank. N.A has filed a Joint Stipulation for Dismissal with Prejudice.

/ / /

/ / /

-1-

PDF created with pdfFactory trial version www.pdffactory.com

IT IS ORDERED that the above-captioned action, *Maria L. Ortega v. Wells Fargo Bank, N.A.; HSBC Bank USA, N.A.; & First American Loanstar Trustee Services,* Case Number 1:08-CV-01856-OWW-SMS, be, and hereby is, dismissed with prejudice.

Dated: January 8, 2010              /s/ OLIVER W. WANGER
                                                               United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com